AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

| | | |
|---|---|---|
| BARRY GROSSMAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  1:26-cv-23888-DPG |
| | ) | |
| ESTETICA UPHOLSTERY AND DESIGN, INC. D/B/A A SQUARED DESIGN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Estetica Upholstery and Design, Inc. d/b/a A Squared Design
Andres R. Andres, Registered Agent
6756 NE 4th Ave.
Miami, FL 33138

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Janelle A. Weber, Esq.
Manta Law
4039 Gunn Hwy
Tampa, FL 33618

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

*s/ Micky Quezada*

Deputy Clerk
U.S. District Courts

Date:     06/03/2026

Angela E. Noble
Clerk of Court